# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>EDUARDO De LEON and MARIA LUZ ANDRADE<br><br>Defendants. | Case No. 2:21-cv-00548-~~RFB~~-EJY (CDS)<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, MARIA LUZ ANDRADE, by and through her attorneys of record, David Sampson, Esq. of Law Office of David Sampson, LLC, and Defendant, EDUARDO DE LEON, by and through his attorneys of record, Jerry Busby, of COOPER LEVENSON, P.A., that all claims in Case No. 2:21-cv-00548-~~RFB~~-EJY (CDS) be dismissed, with prejudice,

///

///

the parties to each bear their own fees and costs.

Dated this 30th day of September 2022

LAW OFFICE OF DAVID SAMPSON, LLC

By: //ss// *David Sampson, Esq.*

David Sampson, Esq.
Nevada Bar No. 6811
630 S. 3rd Street
Las Vegas, NV 89101
Attorney for Defendant
Maria Luz Andrade

Dated this 30th day of September, 2022

COOPER LEVENSON, P.A

By: //ss// *Jerry Busby, Esq.*

Jerry S. Busby, Esq.
Nevada Bar No. 1107
3016 W. Charleston Blvd., #195
Las Vegas, NV 89102
Attorneys for Defendant,
Eduardo DeLeon

**ORDER**

**IT IS SO ORDERED. IT IS FURTHER ORDERED** that the [54] Motion for Summary Judgment and the [59] Counter-Motion for Summary Judgment are **DENIED** as moot. The Clerk of Court is directed to close this case.

_____
UNITED STATES DISTRICT JUDGE
DATED: October 3, 2022

The **STIPULATION AND ORDER TO DISMISSAL WITH PREJUDICE** in 2:21-cv-00304-GMN-EJY was submitted by:

LAW OFFICE OF DAVID SAMPSON, LLC.

//ss// *David Sampson, Esq.*

DAVID F. SAMPSON, ESQ.
Nevada Bar No. 6811
THE LAW OFFICE OF DAVID SAMPSON, LLC.
630 South 3rd Street
Las Vegas, NV 89101
Tel: (702) 605-1099
Fax: (888) 209-4199
david@davidsampsonlaw.com
*Attorneys for Defendant Maria Luz Andrade*

2